FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN SPRAY, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois corporation doing business in the State of Washington,<br><br>　　　　　Defendant. | No. 2:25-CV-00060-SAB<br><br>**ORDER OF DISMISSAL** |

　　Before the Court is the parties' Stipulated Motion to Dismiss With Prejudice and Without An Award of Fess and Costs, ECF No. 15. Plaintiff is represented by Ryan Best. Defendant is represented by Bryan J. Case and Kara A. Tredway.

　　The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

//

//

**ORDER OF DISMISSAL # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 14th day of October 2025.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 2**